**Danyeill Y. DONAHUE, Appellant,**

v.

**ST. VINCENT HEALTH SYSTEM; Director of Arkansas Department of Workforce Services, Appellees.**

No. 09–1252.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 30, 2009.

Filed: Jan. 5, 2010.

Before BYE, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Danyeill Donahue appeals the district court's [1] order dismissing her Title VII action as time-barred, among other reasons. Reviewing de novo, *see Luney v. SGS Auto. Servs. Inc.*, 432 F.3d 866, 867 (8th Cir.2005), we agree with the district court that Donahue's complaint—filed nearly nine months after the date listed in her complaint as the day she received her right-to-sue letter from the Equal Employment Opportunity Commission—is untimely. *See* 42 U.S.C. § 2000e–5(f)(1) (90–day time limit).[2]

Accordingly, we affirm.

---

1. The Honorable J. Leon Holmes, Chief Judge, United States District Court for the Eastern District of Arkansas.

2. The appeal is timely because the December 22, 2008 judgment was not entered on the docket until December 23, 2008, and the notice of appeal was filed thirty days thereafter. *See* Fed. R.App. P. 4(a)(1)(A) (appeal must be filed within 30 days after entry of the judgment or order appealed).